■ EDWARD ISHAQ, Plaintiff, v RAVI BATRA, Appellant, et al., Defendants. JOHN CARNEY, Respondent. [624 NYS2d 836] —In an action to foreclose a mortgage, the defendant Ravi Batra appeals from an order of the Supreme Court, Westchester County (Donovan, J.), entered July 14, 1992, which, *inter alia,* confirmed the report of and discharged the temporary receiver.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination in the related appeal of *Ishaq v Batra* (212 AD2d 512 [decided herewith]). Bracken, J. P., Copertino, Pizzuto and Hart, JJ., concur.